# United States District Court
# Western District of North Carolina
# Bryson City Division

| | | |
|---|---|---|
| Jerry Curtis Green, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 2:14-cv-00026-MR-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Caterpillar Inc., | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 23, 2015 Order.

February 23, 2015

_____

Frank G. Johns, Clerk
United States District Court